◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER DALEY, Appellant. [834 NYS2d 478]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 18, 2006 (*People v Daley*, 31 AD3d 661 [2006]), affirming a judgment of the County Court, Westchester County, rendered November 21, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Goldstein and Covello, JJ., concur.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTEN DIAZ-DIDONATO, Appellant. [834 NYS2d 478]—Appeal by the defendant from a judgment of the County Court, Putnam County (Miller, J.), rendered September 6, 2006, convicting her of grand larceny in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Crane, J.P., Santucci, Florio, Dillon and Balkin, JJ., concur.